Board of Education of Consolidated School District No. 138 of Winnebago County, Illinois, et al. Plaintiffs-Appellants, v. County Board of School Trustees of Winnebago County, Illinois, et al., Defendants-Appellees, Willard Conklin, et al., Intervening Defendants-Appellees, Lester Gummow, et al., Defendants-Appellees.

Gen. No. 11,660.

Second District, First Division.

October 5, 1962.

with directions. Thomas, Davis & Kostantacos, of Rockford (Charles H. Davis, of counsel), for appellants; William R. Nash, States Attorney of Winnebago County (William H. Gates, Assistant State's Attorney, of counsel), for appellees. Opinion by JUDGE McNEAL. Not to be published in full.